

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1 JASON M. FRIERSON
United States Attorney
2 District of Nevada
Nevada Bar Number 7709
3 ROBERT KNIEF
Assistant United States Attorney
4 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 Tel: (702) 388-6336
Robert.Knief@usdoj.gov
6 *Attorneys for the United States*

**FILED**

SEP 26 2022

**U.S. MAGISTRATE JUDGE**

BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>SABIR PHILIMON | Case No. 2:22-MJ- 756 -VCF<br><br>**APPLICATION TO SEAL**<br><br>**(UNDER SEAL)** |

The United States of America, by and through the undersigned, respectfully moves this Honorable Court for an Order sealing the Complaint, Warrant, this Application, and this Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise. In support of this Application, the government submits as follows.

According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of the warrant may have an adverse result. In this case, such an order would be appropriate because the attached Complaint relates to a defendant who is currently on supervised release under case number 2:12-cr-0109-APG-PAL. The defendant was convicted by plea of one count of conspiracy to interfere with

1  commerce by robbery, three counts of interference with commerce by robbery, and one count
2  of brandishing a firearm in furtherance of a crime of violence. Should the defendant become
3  aware of a warrant for his arrest there is a significant potential that he would flee.
4      DATED this 23rd day of September 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
District of Nevada

_____
ROBERT KNIEF
Assistant United States Attorney

2

FILED
SEP 26 2022
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES | Case No. 2:22-MJ- 756 -VCF |
| v. | **ORDER TO SEAL** |
| SABIR PHILIMON | **(UNDER SEAL)** |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application to Seal, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 26th day of September 2022.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3